**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 11, 2014**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00636-CV

---

### CAREFUSION CORPORATION, Appellant

### V.

### RICHARD L. GUINN, INDIVIDUALLY AND AS CO-REPRESENTATIVE OF THE ESTATE OF BENJAMIN E. GUINN AND CONNIE A. GUINN, INDIVIDUALLY AND AS CO-REPRESENTATIVE OF THE ESTATE OF BENJAMIN E. GUINN, Appellees

---

**On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Cause No. 62850**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 3, 2013. On March 3, 2014, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Busby and Donovan.